UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH GIBBS,

    Plaintiff,

  v.

T. FARLEY, et. al.,

    Defendants.

Case No. 16-cv-0731-TEH

ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND GRANTING EXTENSION

Re: Dkt. Nos. 17, 21

    Plaintiff proceeds with a civil rights complaint under 42 U.S.C. § 1983. Defendants have filed a motion to dismiss Plaintiff's action as being in violation of the statute of limitations. The motion is pending and waiting for a response from Plaintiff. Defendants have also filed a motion for a protective order to stay discovery pending the resolution of the motion to dismiss. Defendants note that Plaintiff has served nine sets of discovery requests and none of the requests relate to the statute of limitations issue. The motion is granted and discovery is stayed because the requests are not related to the issue raised in the motion to dismiss.

    Good cause appearing, Plaintiff's request for an extension of time to file an opposition to the motion to dismiss is GRANTED. Plaintiff shall file an opposition by November 11, 2016.

    For the foregoing reasons, the Court hereby orders as

follows:

1. Defendants' motion for a protective order (Docket No. 17) is GRANTED as discussed above.

2. Plaintiff's motion for an extension (Docket No. 21) is GRANTED and Plaintiff shall file an opposition by November 11, 2016.

IT IS SO ORDERED.

Dated: 10/13/2016

                                                                                           _____
                                                                                            THELTON E. HENDERSON
                                                                                            United States District Judge

G:\PRO-SE\TEH\CR.16\Gibbs0731.ord.docx